For the appellant: *Don M. Perry* of Black River Falls, attorney, and *Dorothy Walker* and *Howard W. Latton,* both of Portage of counsel.

For the respondent Industrial Commission: *John E. Martin,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondent Martin Wunderlich Company: *Bundlie, Kelley & Finley* of St. Paul, Minnesota, attorneys, and *Wilkie, Toebaas, Hart, Kraege & Jackman* of Madison of counsel.

*By the Court.*—Judgment affirmed.

*October 7, 1941.*

SCHAEFER, Respondent, vs. SCHAEFER, Appellant.

For the appellant: *Lilian M. Kohlmetz* of Milwaukee.
For the respondent: *Michael Klein* of Milwaukee.

*By the Court.*—Judgment affirmed.

*November 4, 1941.*

JESDAHL, Appellant, vs. FINK, Respondent.

For the appellant: *Artemas F. Berner* of Antigo.
For the respondent: *Coe & Cameron* of Rice Lake.

*By the Court.*—Judgment affirmed.